**ORIGINAL**

# In the United States Court of Federal Claims

No. 16-926C
(Filed: August 5, 2016)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

SHEILA BURLESON,

    *Plaintiff,*

v.

THE UNITED STATES,

    *Defendant.*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

FILED
AUG - 5 2016
U.S. COURT OF
FEDERAL CLAIMS

## ORDER

Plaintiff Sheila Burleson, who appears pro se, filed four complaints in this court against the Social Security Administration ("SSA"), the Internal Revenue Service, Nationwide Insurance Company, and Wells Fargo.[1] All appear to relate to the foreclosure of plaintiff's home in 2008.

In the above-captioned case, plaintiff takes issue with actions made by the SSA when sending her benefits checks. We do not have jurisdiction over claims related to decisions made by the SSA; such claims must be brought in district court. *See Marcus v. United States*, 909 F.2d 1470, 1471 (1990); 42 U.S.C. § 405(g) (2012). Because the jurisdictional defect is patent, we deem it unnecessary to wait for a response to the complaint. We therefore dismiss the complaint for lack of jurisdiction pursuant to Rule 12(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC").

Also pending is plaintiff's motion for leave to proceed *in forma pauperis*. For good cause shown, the motion is granted. The clerk is directed to dismiss the complaint. No costs. The clerk is also directed not to receive any further filings from plaintiff without prior court approval.

---

[1] The four cases have been assigned case numbers 16-926C, 16-927C, 16-928C, and 19-929C, respectively.

_____
ERIC G. BRUGGINK
Senior Judge